UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED-ED4
01 OCT -9 AM 11:08
CLERK
U.S. DISTRICT COURT

MARVIN SYKES )
)
)
Plaintiff, )
)
v. ) No. **01C 7756**
) **JUDGE NORGLE**
CITY OF CHICAGO, )
a municipality; DETECTIVE )
GLENN GODBOLD Star No. 20187 )
his official capacity and his )
individual capacity; JEANEEN ) MAGISTRATE JUDGE SCHENKIER
GODBOLD in her official and )
and individual capacity )
)
Defendants. )

DOCKETED
OCT 09 2001

## COMPLAINT

The Plaintiff Marvin Sykes, by and through his attorneys, Holzman & Levinsohn, complain of the Defendants, City of Chicago, Detective Glenn Godbold, in his individual and official capacity, and Jeaneen Godbold, in her individual and official capacity as follows:

### JURISDICTION AND VENUE

1. That this is a civil action for damages to redress deprivations under color of law, rights, privileges and immunities secured by the 4th, and 14th Amendments to the United States Constitution, and Title 42 U.S.C. Sections 1983 and 1988. That all acts complained of took place in the Northern District

of Illinois, Eastern Division. The Court has jurisdiction of this action under Title 28 U.S.C. Sections 1331 and 1343.

**PARTIES**

2. The Plaintiff Marvin Sykes is a natural persons.

3. The Defendant City of Chicago, is a municipality organized under Illinois law and located in Cook County, Illinois.

4. Defendant Glenn Godbold was at all relevant times a sworn member of the Chicago Police Department and acting under color of state law.

5. Defendant Jeaneen Godbold was at all relevant times an employee of the Chicago Police Department acting under color of state.

**FACTS**

6. On the evening of October 15, 2000, Marvin Sykes, Glenn Godbold, and Jeaneen Godbold were in the Burlington Coat Factory located in North Riverside, Illinois.

7. At the aforesaid time and place, Glenn Godbold pushed Mr. Sykes to the floor.

8. Mr. Godbold told Mr. Sykes that he would kill him if he spoke to his wife.

9. Mr. Godbold then got on top of Mr. Sykes, pulled out his gun, and placed it in Mr. Sykes mouth.

10. Ms. Jeaneen Godbold kicked Mr. Sykes on the arm and threatened to "beat his ass."

PLAINTIFFS DEMAND A JURY TRIAL.

                          Respectfully submitted,

                          *[signature]*
                          MICHAEL J. LEVINSOHN

MICHAEL J. LEVINSOHN
HOLZMAN & LEVINSOHN
53 W. Jackson Blvd.,
Suite 1350
Chicago, IL 60604
(312) 427-2163

Civil Cover Sheet — Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

01C 7756

JUDGE NORGLE

MAGISTRATE JUDGE SCHENKIER

01 OCT -9 AM 11:08
CLERK
U.S. DISTRICT COURT

DOCKETED OCT 0 9 2001

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** MARVIN SYKES

County of Residence: Cook

Plaintiff's Atty: Michael J. Levinsohn
Holzman & Levinsohn
53 W. Jackson, Suite 1350
312 427-2163

**Defendant(s):** CITY OF CHICAGO, GLENN GODBOLD, and JEANEEN GODBOLD

County of Residence: Cook

Defendant's Atty:

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principle Parties (Diversity Cases Only)
  Plaintiff: - **N/A**
  Defendant: - **N/A**

IV. Origin: **1. Original Proceeding**

V. Nature of Suit: **440 Other Civil Rights**

VI. Cause of Action: **42 U.S.C. Section 1983, Defendants unlawfully battered Plaintiff and signed false complaint against defendant**

VII. Requested in Complaint
  Class Action:
  Dollar Demand:
  Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _/s/ Michael Levinsohn_

Date: October 9, 2001

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.** Revised: 06/28/00

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of: MARVIN SYKES

v.

CITY OF CHICAGO, GLENN GODBOLD, and JEANEEN GODBOLD

MAGISTRATE JUDGE SCHENKIER

JUDGE NORGLE

Case Number: **01C 7756**

FILED-E04 01 OCT -9 AM 11:08 U.S. DISTRICT COURT CLERK

DOCKETED OCT 09 2001

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

MARVIN SYKES

| (A) | (B) |
|---|---|
| SIGNATURE: Michael Levinsohn | SIGNATURE: Timothy M. Grace |
| NAME: Michael J. Levinsohn | NAME: Timothy M Grace |
| FIRM: Holzman & Levinsohn | FIRM: Holzman & Levinsohn |
| STREET ADDRESS: 53 W. Jackson Blvd., Suite 1350 | STREET ADDRESS: 53 W. Jackson 1350 |
| CITY/STATE/ZIP: Chicago, IL 60604 | CITY/STATE/ZIP: Chicago IL 60604 |
| TELEPHONE NUMBER: (312) 427-2163 | TELEPHONE NUMBER: 312-427-2163 |
| FAX NUMBER: 312 922-0066 | FAX NUMBER: 312 922 0066 |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6225452 | IDENTIFICATION NUMBER: 6237204 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [X] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: / FAX NUMBER: | TELEPHONE NUMBER: / FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |